UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ABEER K. MOTAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:12CV1362 SNLJ |
| MARY KELLY, et al., | ) ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion to reopen this case that was dismissed, pursuant to Fed.R.Civ.P. 41(b) on October 26, 2012. The Court will decline to reopen this matter. To the extent plaintiff wishes to file an appeal of the dismissal of this action she should file a separate notice of appeal designating the specific order she wishes to appeal.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to reopen this matter [Doc. #15] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this matter would not be taken in good faith.

Dated this 6th day of February, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE